TODD BLANCHE
U.S. DEPUTY ATTORNEY GENERAL
ALINA HABBA
ACTING UNITED STATES ATTORNEY
SPECIAL ATTORNEY
SUSAN J. PAPPY
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.: 201-407-2971
e-mail: susan.pappy@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GNGH2 Inc., <br><br> *Plaintiffs,* <br><br> v. <br><br> Protech Powder Coatings Inc., <br><br> *Defendants.* | HON. JAMEL K. SEMPER <br><br> Civil Action No. 24-08805 (JKS) (LDW) <br><br> **ORDER** |

### FILED *IN CAMERA* & UNDER SEAL

Plaintiff United States of America (United States) has submitted to the Court its notice to intervene for settlement purposes and request for partial lifting of the seal in this matter.

IT IS THEREFORE ORDERED that the Relator's complaint, any amended complaints, the United States' Notice of Intervention, and this Order shall be unsealed on the docket.

IT IS FURTHER ORDERED that all other papers or Orders on file in this

matter shall remain under seal.

IT IS FURTHER ORDERED the seal shall be lifted on all matters occurring in this action after the date of this Order.

SO ORDERED.

_____
HON. JAMEL K. SEMPER
United States District Court Judge